IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORRIO, | )<br>) |
| Plaintiff, | ) 2:19-cv-1297<br>) |
| vs. | )<br>) |
| CORRECTIONAL OFFICER FRANCIS et al., | ) Hon. J. Nicholas Ranjan<br>)<br>) Magistrate Judge Patricia L. Dodge |
| Defendants | )<br>) |

## ORDER

This is a *pro se* prisoner civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court are Mr. Gorrio's objections [ECF 151] to various non-dispositive discovery-related orders issued by Judge Dodge. [ECF 143, ECF 144, ECF 145, ECF 146]. Upon review of the record, Mr. Gorrio's objections [151] request "sympathy" from the Court, but do not present any legal basis to sustain his objections. The Court finds that Judge Dodge's orders are reasonable – they are neither clearly erroneous nor contrary to law. Fed. R. Civ. P. 72.

AND NOW, this 16th day of November, 2022, it is **ORDERED** that Plaintiff's objections are **OVERRULED**.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge