IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL GORRIO,
PLAINTIFF

v.

CO FRANCIS ET AL.,
DEFENDANTS;

C.A. 2:19-CV-01297

JUDGE NICHOLAS RANJAN

MOTION FOR PLAINTIFF TO APPEAR UNSHACKLED AND IN APPROPRIATE CIVILIAN CLOTHING AT JURY TRIAL

AND NOW COMES, MICHAEL GORRIO, PLAINTIFF, PRO SE AND PURSUANT TO RULE 16 FEDERAL RULES OF CIVIL PROCEDURE AND RULE 16.1 LOCAL RULES OF COURT ISSUES THIS INSTANT MOTION FOR PLAINTIFF TO APPEAR UNSHACKLED AND IN APPROPRIATE CIVILIAN CLOTHING AT JURY TRIAL, STATING THE FOLLOWING:

1.) THE PROSPECTIVE TRIAL SCHEDULED JANUARY 29TH, 2024 IS A CIVIL ACTION § 1983 SCHEDULED TO RESOLVE CONSTITUTIONAL VIOLATIONS

2.) BY OBLIGATING THE PLAINTIFF TO PROCEED IN A JURY TRIAL PROCEEDING FETTERED AND SHACKLED INTRODUCES A NUMBER OF IRRELEVANT AND PREJUDICIAL FACTORS BEFORE THE JURY AND THEREBY DOES NOT AFFORD HIM A FAIR AND IMPARTIAL TRIAL AT FACE.

3.) RESPECTIVELY, OBLIGATING THE PLAINTIFF TO PROCEED IN A JURY TRIAL PROCEEDING IN PRISON ATTIRE WOULD PREJUDICE THE PLAINTIFF AND POLLUTE THE MINDS OF THE AND THEREFORE ALLOWING THE PLAINTIFF'S FAMILY TO DELIVER APPROPRIATE COURTHOUSE ATTIRE TO EITHER THE COURTHOUSE OR THE U.S. MARSHALL'S SERVICE WOULD BE AN APPROPRIATE ACCOMODATION AND REMEDY IN LIEU OF PREJUDICE

4.) THE PLAINTIFF POSES NO THREAT TO EITHER THE SECURITY OF THE FEDERAL COURTHOUSE NOR THE DEFENDANTS IN OPPOSITION, AND DULY THE PLAINTIFF RECENTLY ENGAGED IN CRIMINAL JURY TRIAL PROCEEDINGS ON MAY 18TH AND 19TH 2022 UNSHACKLED AND UNFETTERED WITHOUT INCIDENT.

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUESTS FOR THIS HONORABLE COURT TO MAKE THE ABOVEAFOREMENTIONED ACCOMODATIONS AND GRANT THE PLAINTIFF'S MOTION, ERGO.

DATE: 04 DECEMBER 2023

IN THE INTEREST OF JUSTICE

FILED
DEC 18 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MICHAEL GORRIO,
PLAINTIFF

AFFIDAVIT OF MAILING, PROOF OF SERVICE &
**UNSWORN DECLARATION**

I, __MICHAEL GORRIO__, do hereby verify that the facts set forth in the __MOTIONS__, are true and correct to the best of my knowledge or information and belief, and that any false statements herein are made subject to the penalties of perjury according to the crimes code at ~~[redacted]~~ relating to Unsworn Falsification to Authorities.

28 USCS § 1746

Submitted by: __MICHAEL GORRIO__
Signature: _[signature]_

Name: __MICHAEL GORRIO__

DATE: 07 DEC, 2023

CLERK'S OFFICE
US DIST. CT.
700 GRANT ST.
SUITE 3110
PITTSBURGH, PA 15219

**FILED**

DEC 18 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

I, MICHAEL GORRIO, STATE THAT THE ABOVE MOTIONS MUST BE FORWARDED TO THE ABOVEAFOREMENTIONED LOCATIONS.